UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

POLLYANNA OSORIO,

    Plaintiff,

v.                                                    Case No. 8:23-cv-02960-AEP

MARTIN O'MALLEY,
Acting Commissioner of
Social Security Administration,

    Defendant.
_____/

**<u>ORDER</u>**[1]

This cause comes before the Court upon Defendant's Unopposed Motion for Entry of Judgment with Remand (Doc. 23). The Commissioner contends that remand is appropriate under sentence four of 42 U.S.C. § 405(g) as it relates to judicial review of benefit determinations (Doc. 23, at 1). Plaintiff does not object to the relief requested. Accordingly, for the reasons stated in the Commissioner's motion, it is hereby

ORDERED:

1.    Defendant's Unopposed Motion for Entry of Judgment with Remand (Doc. 23) is GRANTED.

---

[1] The parties consented to having a United States Magistrate Judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings (Doc. 1).

    2.    The Clerk is directed to enter judgment for Plaintiff with instructions that the Commissioner's decision is REVERSED under sentence four of 42 U.S.C. § 405(g) and the case is REMANDED for further administrative proceedings consistent with the reasons stated in the Commissioner's motion.

    3.    The Clerk is then directed to close the case.

DONE AND ORDERED in Tampa, Florida, this 26th day of August 2024.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge

cc:    Counsel of Record